DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALIM SHARIF,**
Appellant,

v.

**CAMDEN SUMMIT PARTNERSHIP LP** d/b/a
**CAMDEN AVENTURA 505,**
Appellee.

No. 4D21-53

[February 11, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Michael Davis, Judge; L.T. Case Nos. COSO18-011115 (60) and CACE19-011495 (AP).

Alim Shariff, Hallandale Beach, pro se.

Drew Beinhaker of Henschel and Beinhaker, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and KUNTZ, JJ., concur.

*            *            *

***Not final until disposition of timely filed motion for rehearing.***